**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donald W. Sitzer** | Social Security number or ITIN   xxx–xx–8302 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah J. Sitzer** | Social Security number or ITIN   xxx–xx–6235 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   **14–23679–JNP** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald W. Sitzer

Deborah J. Sitzer

9/10/19

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

```
In re:                                                  Case No. 14-23679-JNP
Donald W. Sitzer                                        Chapter 13
Deborah J. Sitzer
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin          Page 1 of 2          Date Rcvd: Sep 10, 2019
                           Form ID: 3180W        Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.

```
db/jdb      +Donald W. Sitzer,    Deborah J. Sitzer,    5 Prince Charles Court,    Marlton, NJ 08053-2855
aty         +Stern Lavinthal & Frankenberg,    105 Eisehower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr          +Green Tree Servicing LLC,    105 Eisenhow Parkway,    Roseland, NJ 07068-1640
514962645   +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
515016459   +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
518391357   +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
514896086   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,    Dept Of Treasury, Division Of Taxation,
              PO Box 283,    Trenton, NJ  08695-0245)
514896087   +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Ste 302,
              Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:38    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
lm           EDI: RMSC.COM Sep 11 2019 02:58:00    Green Tree Servicing LLC,    332  Minnesota Street,
              Suite 610,    Saint Paul, MN  55101
514896080    EDI: BANKAMER.COM Sep 11 2019 02:58:00    Bk Of Amer,    Po Box 982235,    El Paso, TX  79998
514896079   +EDI: TSYS2.COM Sep 11 2019 02:58:00    Barclays Bank Delaware,    ATTN: BANKRUPTCY,
              P.o. Box 8801,    Wilmington, DE 19899-8801
514896083    EDI: CITICORP.COM Sep 11 2019 02:58:00    Citi,    CITICARD CREDIT SERVICES/CENTRALIZED B,
              Po Box 20363,    Kansas City, MO  64195
514896088    EDI: CITICORP.COM Sep 11 2019 02:58:00    Unvl/citi,    ATTN.: CENTRALIZED BANKRUPTCY,
              Po Box 20507,    Kansas City, MO  64195
514896081   +EDI: CAPITALONE.COM Sep 11 2019 02:58:00    Cap One,    ATTN: BANKRUPTCY DEPT.,    Po Box 30285,
              Salt Lake City, UT 84130-0285
514896082   +EDI: CHASE.COM Sep 11 2019 02:58:00    Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515097493   +EDI: CITICORP.COM Sep 11 2019 02:58:00    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
514950060    EDI: DISCOVER.COM Sep 11 2019 02:58:00    Discover Bank,    DB Servicing Corporation,
              PO Box 3025,    New Albany, OH  43054-3025
514896084    EDI: RMSC.COM Sep 11 2019 02:58:00    Green Tree Servicing L,    332 Minnesota St Ste 610,
              Saint Paul, MN  55101
515152640    E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 23:30:04    Green Tree Servicing LLC,
              PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
514896085    EDI: IRS.COM Sep 11 2019 02:58:00    Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA  19114-0326
515130890    EDI: PRA.COM Sep 11 2019 02:58:00    Portfolio Recovery Associates, LLC,    c/o Capital One,
              POB 41067,    Norfolk VA 23541
515131086    EDI: PRA.COM Sep 11 2019 02:58:00    Portfolio Recovery Associates, LLC,
              c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
516406940   +EDI: Q3G.COM Sep 11 2019 02:58:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
              MOMA Funding LLC 98083-0788
516406939    EDI: Q3G.COM Sep 11 2019 02:58:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788
515014703    EDI: WFFC.COM Sep 11 2019 02:58:00    Wells Fargo Bank, N.A.,    PO Box 10438,
              Des Moines, IA 50306-0438
514896089   +EDI: WFFC.COM Sep 11 2019 02:58:00    Wf Crd Svc,    ATTENTION: BANKRUPTCY,    Po Box 10438,
              Des Moines, IA 50306-0438
515091387    EDI: ECAST.COM Sep 11 2019 02:58:00    eCAST Settlement Corporation, assignee,
              of Citibank (South Dakota), N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                            TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515101767*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
515091388*   eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                          TOTALS: 0,  * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Sep 10, 2019
                              Form ID: 3180W           Total Noticed: 29
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Donald W. Sitzer aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Deborah J. Sitzer aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Joint Debtor Deborah J. Sitzer bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Donald W. Sitzer bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Loss Mitigation   Green Tree Servicing LLC
           cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing LLC cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC miriam.rosenblatt@mhllp.com,
           mrosenblatt@rasflaw.com
                                                                                  TOTAL: 10
```